```
                                    ✓ FILED          ___ RECEIVED
                                    ___ ENTERED      ___ SERVED ON
                                                     COUNSEL/PARTIES OF RECORD

                                         JUL 1 9 2010

                                    CLERK US DISTRICT COURT
                                     DISTRICT OF NEVADA
                                    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

VS.

2:01-CR-434-LRH-LRL

PONTRELL WILLIAMS

Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: *July 19, 2010*

_____
U.S. DISTRICT JUDGE